IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

PHILLIP HALL                                    §

VS.                                             §                    CIVIL ACTION NO.6:15cv010

RISSIE OWENS, ET AL                             §

### ORDER OF DISMISSAL

The above-entitled and numbered civil action was assigned to United States Magistrate Judge John

D. Love, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed without

prejudice for want of prosecution and failure to obey an order of the Court. A copy of the Report and

Recommendation was sent to Plaintiff, but it was returned and marked as "undeliverable".

No objections thereto having been timely filed, the Court is of the opinion that the findings and

conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the

Court. Accordingly,    **IT IS THEREFORE**

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT**

**PREJUDICE**. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions

by either party not previously ruled on are hereby **DENIED**.

 **SIGNED this 9th day of February, 2016.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE